THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT OLIN, Appellant.

Submitted May 21, 2012; decided February 7, 2013

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v VINOD PATEL, Respondent.

Submitted January 14, 2013; decided February 7, 2013

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHERYL SANTIAGO, Appellant.

Submitted January 22, 2013; decided February 7, 2013

Motion for assignment of counsel granted and Malvina Nathanson, Esq., 40 Exchange Place, Suite 2010, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.